UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jacqueline Geer,                                              Case No. 3:23-cv-9

           Plaintiff,

v.                                                                  MEMORANDUM OPINION
                                                                               AND ORDER

Commissioner of Social Security,

           Defendant.

On November 20, 2023, Magistrate Judge Jennifer Dowdell Armstrong issued her Report and Recommendation ("R & R") recommending the Commissioner's final decision be vacated and the case be remanded. (Doc. No. 10). The Commissioner has stated she will not be filing objections to Judge Armstrong's R & R. (Doc. No. 11). Further, the fourteen-day window for objections has now closed, and Plaintiff filed no objections to any aspect of Judge Armstrong's R & R. 28 U.S.C. § 636(b)(1). Accordingly, I adopt Judge Armstrong's R & R in its entirety as the Order of the Court. The Commissioner's decision is vacated, and this case is remanded for further proceedings consistent with Judge Armstrong's R & R.

So Ordered.

                                                                                 s/ Jeffrey J. Helmick
                                                                                 United States District Judge